**Melissa BUNKER, By and Through her general guardian, Karen MECHAM, Plaintiff-Appellant,**

v.

**Ted MOHLMAN, Defendant-Respondent.**

**No. 17286.**

Supreme Court of Utah.

May 1, 1984.

---

Jackson Howard, Richard B. Johnson, Provo, for plaintiff-appellant.

Ray H. Ivie, Provo, for defendant-respondent.

STEWART, Justice:

This is an appeal from a summary judgment dismissing the plaintiff's action. The judgment of the trial court was based upon the Utah Guest Statute, U.C.A., 1953, § 41–9–1. In light of *Malan v. Lewis*, Utah, 693 P.2d 661 (1984), the judgment of the trial court is vacated and the matter remanded for a trial on the merits. Costs to appellant.

HALL, C.J., OAKS and HOWE, JJ., and VENOY CHRISTOFFERSEN, District Judge, concur.

DURHAM, J., does not participate herein.

CHRISTOFFERSEN, District Judge, sat.